**Curtis WILLIAMS, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 31784.**

Missouri Court of Appeals,
Western District.

Aug. 11, 1981.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 15, 1981.

Application to Transfer Denied
Nov. 10, 1981.

James W. Fletcher, Public Defender,
Gary L. Gardner, Asst. Public Defender,
Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., Kristie Green,
Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P. J., and DIXON
and NUGENT JJ.

DIXON, Judge.

Movant appeals denial of his Rule 27.26
motion after appointment of counsel and
evidentiary hearing.

The issue raised is a claim of ineffectiveness of counsel because of a failure by
counsel to challenge the jury panel on the
grounds of a systematic exclusion of women
from the jury panel.

The issue raised is controlled by *Benson v.
State,* 611 S.W.2d 538 (Mo.App.1980). The
Jackson County trial of movant on the underlying offense occurred in 1975 after *Taylor v. Louisiana,* 419 U.S. 522, 95 S.Ct. 692,
42 L.Ed.2d 690 (1975), and before *Benson,
supra.* No motion raising the claim of systematic exclusion of women was filed.

The foregoing would ordinarily dispose of
the appeal, but in the hearing on the Rule
27.26 motion, it was shown that a motion
challenging the jury panel was filed. Movant concedes that the motion did not raise
any *Taylor* issue. The original appeal discloses the motion was directed to a different claim, *State v. Williams,* 548 S.W.2d
227, 230 (Mo.App.1970). The claim asserted
was a claim that the questionnaire did not
give the jury commissioner sufficient information to draw a jury panel "as nearly as
may be equally from the several voting
precincts of the county." Section 497.130
RSMo 1978. A motion to quash the panel
upon that ground does not affect the application of *Benson* to the present claim under
*Taylor.*

The judgment of the trial court is affirmed.

All concur.